## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**YVETTE SPIVEY,**

    **Plaintiff,**

**v.**                                                                     **Case No.  8:08-cv-385-T-30TGW**

**SPIVEY UTILITY CONSTRUCTION CO.**
**and SANDRA SPIVEY,**

    **Defendants.**
_____/

## O R D E R

The Court has been advised via a Joint Dismissal With Prejudice (Dkt. #10) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2008.

                                                                   */s/ James S. Moody, Jr.*
                                                                     JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record