UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVETTE SPIVEY,

    Plaintiff,

v.                                 Case No.  8:08-cv-385-T-30TGW

SPIVEY UTILITY CONSTRUCTION CO.;
SANDRA SPIVEY,

    Defendant.
_____/

**O R D E R**

      The Court has been advised by Plaintiff's Notice of Settlement (Dkt. #22) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

      **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on October 9, 2008.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record